IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 13 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kevin Neil Hartman )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:05CV645-F
 )   (To be supplied by Clerk of
Genva County Jail )   U.S. District Court)
Greg Ward, Sheriff )
Donald Weeks )
Marilyn )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____N/A_____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

*N/A*

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Genva County Jail PO Box 115 Genva, Alabama 36340-0115

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Genva County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Greg Ward | Genva County |
| 2. Donald Weeks | Genva County |
| 3. Marilyn | Genva County |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  June 28th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: That all county jail's are suppose to have registered nurse on staff 24 hrs 7 days wk.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

On June 26th at 8:30pm at Genva Co. Jail I ask the Jailer Miss Marilyn for something for headache, she gave me something that made me sick, I filled out request to see doctor and turned it in on 29th of June 6:00 pm. Mr. Donald Weeks another Jailer came back at 1:30pm with some pink liquid and more pills and told me the doctor was out and wouldn't be back for a week.

**GROUND TWO:** That neither Miss Marilyn _____ or Mr. Donald Weeks is allowd by law to distribute any medication Nonprescription or Presciption

**SUPPORTING FACTS:** That neither Miss Marilyn _____ or Mr. Donald Weeks is registered medical staff.

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$30,000.00, all court cost, attorney fees, and resonable expenses paid in full. A registered nurse on staff 24 hrs 7days wk. 1hr exercise every day. Jail run by regulations.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  July 2nd 2005  .
                    (Date)


_____
Signature of plaintiff(s)

4