**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Miss Marilyn,
   Jailer
   Geneva Co. Jail
   P.O. Box 115
   Geneva, AL 36340

2. Article Number (Transfer from service label)

   7004 2510 0001 0150 2701

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kenneth Lee
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7-21-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:05 CV 645 F

3. Service Type
   ☑ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ Express Mail
   ☑ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes