IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN NEIL HARTMAN | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 1:05-CV-645-F |
| GENEVA COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

**ORDER ON MOTION**

Upon consideration of Defendants' August 29, 2005 Motion for Extension of Time and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED;

2. Defendants are GRANTED an extension from August 29, 2005 to September 19, 2005 to file their answer and written report.

DONE, this 7th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE