**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KEVIN NEIL HARTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  1:05-cv-645-F** |
| | ) | |
| **GENEVA COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants in the above-styled cause and move this Honorable Court for an extension of time of 21 days in which to file their Special Report and Answer which is presently due on September 19, 2005.  As grounds for said motion, Defendants state as follows:

1.     On September 7, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 19, 2005.

2.     The Geneva County Sheriff's Department is currently helping the Town of Waveland, Mississippi, in the aftermath of Hurricane Katrina.  Thus, much of the staff of the Geneva County Sheriff's Department is unavailable at the present time.

3.     The gathering of information with which to formulate the Special Report has taken longer than expected.  Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Geneva County Sheriff's Department relevant to Plaintiff's allegations.  In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4.    Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

5.    Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including October 17, 2005.

Respectfully submitted this 19th day of September, 2005.

>
> **s/C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September, 2005, I have served the foregoing document on the following:

>
> Kevin Neil Hartman
> Geneva County Jail
> P.O. Box 115
> Geneva, AL 36340

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the19th day of September, 2005.

>
> **s/C. Richard Hill, Jr.**
> OF COUNSEL

2