IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

KEVIN NEIL HARTMAN                    *

      Plaintiff,                              *

             v.                       * CIVIL ACTION NO. 1:05-CV-645-F

GENEVA COUNTY JAIL, *et al.*,         *

      Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' September 19, 2005 Motion for Extension of

Time and for good cause, it is ORDERED that:

    1.  Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED;

    2.   Defendants are GRANTED an extension from September 19, 2005 to October 17,

2005 to file their answer and written report.

DONE, this 20th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE