# Exhibit G
# Affidavit of Geneva County Jail Administrator Carl Rowe

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KEVIN NEIL HARTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05-cv-645-F** |
| | ) | |
| **GENEVA COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF CARL ROWE**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF GENEVA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit.

2. I am the Jail Administrator for the Geneva County Jail.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4. The Geneva County Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training

programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

5. It is the policy of the Geneva County Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner

6. It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

7. When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer or matron. It is then the on duty jailer or matron's responsibility to make an

appointment for the inmate with an appropriate health care provider. Any doubt as to whether an actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

8. It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions.

9. The Jailers at the Geneva County Jail have access to over-the-counter medication such as Tylenol, Ibuprofen, and Pepto-Bismol obtained from Geilstrap Drugs to distribute as needed to inmates.

10. I have had the opportunity to observe the Plaintiff throughout his incarceration at the Geneva County Jail.

11. On June 28, 2005, Plaintiff complained that his head hurt. Therefore, Marilyn Ruppel gave him Tylenol or Ibuprofen.

12. The next day, the Plaintiff complained that his stomach hurt. Therefore, Donald Weeks gave the Plaintiff Pepto-Bismol. The Plaintiff did not complain that he was sick any more after that day.

13. During this time period Plaintiff was undergoing withdrawals from methamphetamine.

14. If the Plaintiff had been in need of medical care or treatment, he would have received treatment in accordance with the policies and procedures of the Geneva County Jail.

15. Plaintiff has not filed a grievance in regards to the allegations made the basis of his Complaint.

16. I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Jail in the regular course of business. I am the Custodian of these Records.

17. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

Carl Rowe

CARL ROWE

**SWORN TO** and **SUBSCRIBED** before me this 17th day of October, 2005.

Frances Diz

NOTARY PUBLIC

My Commission Expires: Sept 26 2006

# Exhibit H
# Inmate File, Inmate Request Form dated July 3, 2005

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME [illegible] CELL [illegible] DATE [illegible]

TELEPHONE CALL ____ MEDICAL ✓ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF ____ JAIL ADMINSTRATOR ✓ JUDGE ____ NOTARY ✓

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Need copy of the money that I have received on my books since I've been in. I need to have this copy notarized by notary republic. I also still need to see doctor about medication that made me sick. I'm requesting that you keep a copy of my request forms on file [illegible]

*DO NOT WRITE BELOW!!* *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER ____________ DATE ______ TIME ______
SIGNATURE

TO BE PLACED IN INMATE'S FILE

# Exhibit I
# Inmate File, Inmate Request Form dated July 4, 2005

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME Kevin Hartman CELL 2/5 DATE 7/[illegible]/05

TELEPHONE CALL ____ MEDICAL ✓ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF ____ JAIL ADMINSTRATOR ✓ JUDGE ____ NOTARY ✓

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I took something for headache that made me sick I need to see doctor. Also need notarized copy of all money that I've received while being incarcerated here at Geneva County Jail. Please copy this and all my request forms on file.

Thank you. Kevin Hartman

*DO NOT WRITE BELOW!!* *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER ______________________ DATE ________ TIME ________
SIGNATURE

TO BE PLACED IN INMATE'S FILE

# Exhibit J
# Inmate File, Inmate Request Form dated July 13, 2005

SW

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME Kevin Hartman CELL 2B DATE 7/17/[illegible]

TELEPHONE CALL ____ MEDICAL ✓ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

BRIEFLY, OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Request to see someone from Spec[illegible]
I had a[illegible] to see head doctor [illegible]
I was [illegible] [illegible] been 2 or 3 weeks [illegible]

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ✓ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER [signature] DATE 9/14/05 TIME 10:00 11:00
SIGNATURE

TO BE PLACED IN INMATE'S FILE

Called 7-18-05 10:47 Nay in Geneva
Doth Called Dothan 673-2143. Apt in 3-05
No Apt MISS J. Wood [illegible] Appt to
Call Dothan –

684-9665

# Exhibit K

# Remainder of Plaintiff's Inmate File and Inmate Medical File not previously identified as separate exhibits

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 9-15-02 Time 9:15

Name Hartman Kevin
(LAST) (FIRST) (MIDDLE)

Alias

Date of Arrest 9-15-02 Social Security No.

Race W Sex M Age 30 Eyes Haz Hair Red

Ht. 5-11 Wt. 170 DOB 1-31-72 Photo ✓

Address River Rd- Samson
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Fed Poss. Meth Bond NO Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Mock K. / Bradley
(Please Print)

Signature

AGENCY

BOOKING OFFICER Robinson
(Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Signature of Person Released

Date of Release Time Type of Release

Signature of Releasing Officer

P.O.E.
OCCUPATION
P.O.B.
HOLD

225074

# BOOKING SHEET
## PAGE 2

Inmate Name ______________________ Date ____________ [illegible]me ____________

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1. Is the inmate conscious? yes ☒ no ☐
2. Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesti[illegible] need for medication attention? yes ☐ no ☒
3. Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection? yes ☐ no ☒
4. Is the skin in poor condition or showing signs of vermin? yes ☐ no ☒
5. Does the inmate appear to be under the influence of alcohol or drugs? yes ☐ no ☒
6. Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, sh[illegible]s, nausea, pinpoint pupils, or cramping? yes ☐ no ☒
7. Does the inmate's behavior suggest the risk of assault to staff or other inmates? yes ☐ no ☒
8. Does the inmate have medication with him? yes ☐ no ☒
9. Are there any obvious physical handicaps or signs of mental retardation? yes ☐ no ☒
10. Does the inmate appear to be depressed or despondent? yes ☐ no ☒
11. Does the inmate have obvious scars from previous suicide attempt(s)? yes ☐ no ☒

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBS[illegible]VATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
| | |
| | |
| | |
| | |
| | |

BOOKING SHEET
PAGE 4

Inmate Name ______________________ Date __________ Time __________

# HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

- [ ] a. Asthma
- [ ] b. Heart Trouble
- [ ] c. Hypertension
- [ ] d. Diabetes
- [ ] e. Epilepsy or Seizure
- [ ] f. Drug Addiction
- [ ] g. Alcoholism
- [ ] h. Mental Illness
- [ ] i. Venereal Disease
- [ ] j. Tuberculosis
- [ ] k. Ulcer
- [ ] l. Faintly of recent head injury
- [ ] m. Hepatitis

If any response was yes, please explain and give date of last treatment ______________________

2. Are you allergic to anything? ______________ If yes, what? ______________

3. Have you ever been determined to be HIV positive? ______________ If yes, when? ______________

4. Are you currently taking any prescription medication? ______________ If yes, what? ______________

For what? ______________

5. Does the inmate require a special diet prescribed by a physician? ______________ If yes, what? ______________

For what? ______________

6. Do you have any other medical or mental problem we should know about? ______________ If yes, what? ______________

# BOOKING SHEET
## PAGE 5

Inmate Name ______________________ Date ____________ Time ____________

1. Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate ______________________, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observations and his/her responses.

______________________________
Signature of Booking Officer

Date: ______________________

Time: ______________________

GENEVA COUNTY JAIL

I ,----------------------------------------------, HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

---------------------------------------------- DATE -------------------------

INMATE SIGNATURE

---------------------------------------------- DATE -------------------------

JAILERS SIGNATURE

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 5-17-98 Time 2025

Name Kevin N. Hartman
(LAST) (FIRST) (MIDDLE)

Alias

Date of Arrest 5-17-98 Social Security No.

Race W Sex M Age 26 Eyes Grn Hair Red

Ht. 5'11" Wt. 175 DOB 1-31-72 Photo F.P.

Address Rt 2 Box 214A Samson, AL
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

| Charge | Bond | Charge | Bond |
|---|---|---|---|
| DUI (Refused) | | | |
| Carrying Pistol w/o Permit | | | |
| | | | |

ARRESTING OFFICER Cyril Samson
(Please Print)

Signature

AGENCY

BOOKING OFFICER [signature]
(Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

X Kevin Hartman
Signature of Person Released

Date of Release 5-18-98 Time 620 PM Type of Release To Samson PD

[signature]
Signature of Releasing Officer

Do not Release til contact Samson P.D.

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA

V.

KEVIN N. HARTMAN
ROUTE 1 BOX 291
SAMSON, AL 36477

## WARRANT FOR ARREST

Case Number: 02-156-N

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KEVIN N. HARTMAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation ☐ Probation Violation Petition

charging him or her (brief description of offense)

Possessing methamphetamine (1 Count)

in violation of 21 United States Code, Section(s) 844(a)

DEBRA P. HACKETT
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

BY: [signature]
Signature of Issuing Officer DEPUTY CLERK

August 20, 2002 at Montgomery, Alabama
Date and Location

**COPY**

Bail fixed at $ to be set at initial appearance by
Name of Judicial Officer

ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE PURPOSES ONLY.

RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-15-02 | Deputy Neal Bradley | Neal Bradley D.S. |

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: 1 Yes / 2 No
R84 Completed: 1 Yes / 2 No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

1 ORI #: 0340000
2 AGENCY NAME:
3 CASE #:
4 SFX:
5 LAST, FIRST, MIDDLE NAME: Hartman Kevin Neil
6 ALIAS AKA:
7 SEX: M (X) / F
8 RACE: W (X) / B / A / I
9 HGT.: 5'11"
10 WGT.: 170
11 EYE: HAZ
12 HAIR: Red
13 SKIN: Light
14 SCARS / MARKS / TATOOS / AMPUTATIONS: Indian Woman @ Chest, Cobra @ Hand
15 PLACE OF BIRTH (CITY, COUNTY, STATE): Winchester VA
17 DATE OF BIRTH: 07/13/72
18 AGE: 30
19 MISCELLANEOUS ID #:
20 SID #:
21 FINGERPRINT CLASS: KEY, MA..., PRIMARY, SCDV, SUB-SECONDARY, FINAL — HENRY CLASS / NCIC CLASS
22 DL #:
23 ST:
24 FBI #:
25 IDENTIFICATION COMMENTS:
26 RESIDENT (X) / NON—RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): River Rd Samson AL
28 RESIDENCE PHONE: ( )
29 OCCUPATION (BE SPECIFIC): unemployed
30 EMPLOYER (NAME OF COMPANY/SCHOOL):
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):
32 BUSINESS PHONE: ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): River Rd Samson AL
34 SECTOR #:
35 ARRESTED FOR YOUR JURISDICTION? YES / NO — IN STATE (X) / OUT STATE AGENCY
36 CONDITION OF ARRESTEE: DRUNK / DRINKING / SOBER (X) / DRUGS
37 RESIST ARREST? YES / NO (X)
38 INJURIES? NONE (X) / OFFICER / ARRESTEE
39 ARMED? Y / N (X)
40 DESCRIPTION OF WEAPON: HANDGUN / RIFLE / SHOTGUN / OTHER FIREARM / OTHER WEAPON
41 DATE OF ARREST: 09/15/02
42 TIME OF ARREST: 0945 — 1. AM / 2. PM / MIL (X)
43 DAY OF ARREST: S (X) M T W T F S
44 TYPE ARREST: ON VIEW / CALL / WARRANT (X)
45 ARRESTED BEFORE? YES (X) / NO / UNKNOWN
46 CHARGE—1: FEL / MISD — Possession Controlled Substance
47 UCR CODE:
48 CHARGE—2: FEL / MISD
49 UCR CODE:
50 STATE CODE/LOCAL ORDINANCE:
51 WARRANT #:
52 DATE ISSUED: M D Y
53 STATE CODE/LOCAL ORDINANCE:
54 WARRANT #:
55 DATE ISSUED: M D Y
56 CHARGE—3: FEL / MISD
57 UCR CODE:
58 CHARGE—4: FEL / MISD
59 UCR CODE:
60 STATE CODE/LOCAL ORDINANCE:
61 WARRANT #:
62 DATE ISSUED: M D Y
63 STATE CODE/LOCAL ORDINANCE:
64 WARRANT #:
65 DATE ISSUED: M D Y
66 ARREST DISPOSITION: HELD / BAIL / RELEASED / TOT—LE / OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

70 VYR / 71 VMA / 72 VMO / 73 VST / 74 VCO TOP BOTTOM / 75 TAG # / 76 LIS / 77 LIY
78 VIN:
79 IMPOUNDED? YES / NO
80 STORAGE LOCATION/IMPOUND #:
81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:
CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: 1 HANDLED AND RELEASED / 2 REF. TO JUVENILE COURT / 3 REF. TO WELFARE AGENCY / 4 REF. TO OTHER POLICE AGENCY / 5 REF. TO ADULT COURT
83 RELEASED TO:
84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME):
85 ADDRESS (STREET, CITY, STATE, ZIP):
86 PHONE: ( )
87 PARENTS EMPLOYER:
88 OCCUPATION:
89 ADDRESS (STREET, CITY, STATE, ZIP):
90 PHONE: ( )

## RELEASE

91 DATE AND TIME OF RELEASE: M D Y : — AM / PM / MIL.
92 RELEASING OFFICER NAME:
93 AGENCY/DIVISION:
94 ID #:
95 RELEASED TO:
96 AGENCY/DIVISION:
97 AGENCY ADDRESS:
98 PERSONAL PROPERTY RELEASED TO ARRESTEE: YES / NO / PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #:
101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): No injuries at time of arrest or release

LOCAL USE
STATE USE

102 SIGNATURE OF RECEIVING OFFICER:
103 SIGNATURE OF RELEASING OFFICER:

MULTIPLE CASES CLOSED — 104 CASE # / 105 SFX / 106 CASE # / 107 SFX / 108 CASE # / 109 SFX / 110 ADDITIONAL CASES CLOSED NARRATIVE Y / N

111 ARRESTING OFFICER (LAST, FIRST, M.): Bradley Neal
112 ID #: 3413
113 ARRESTING OFFICER (LAST, FIRST, M.): Mock Ray
114 ID #: 3405
115 SUPERVISOR — ID #
116 WATCH CMDR. — ID #

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-17-98 | Subj placed | in | C.J. | on | Charges | |
| | OF DUI | (Refused) | + | Carrying | Pistol | |
| | w/o Permit | | | | | |
| 5-18-98 | Subj. Release | per | | Sanders PD | | |