IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN NEIL HARTMAN,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CIVIL ACTION NO. 1:05cv645-F
                                 )                  (WO)
GREG WARD, SHERIFF, et al.,      )
                                 )
        Defendants.              )

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on December 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED

without prejudice.

Done this the 9th day of January, 2006.


                              _____/s/ Mark E. Fuller_____
                              CHIEF UNITED STATES DISTRICT JUDGE